Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

June 12, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

Attn: WR-29,353-03   653300

To Whom it may Concern:

    I am sending my address change and requesting a docket sheet of the above case number. The below is my new address. Thank you for your time. Please Respond.

Sincerely,

Charles Ricky Choyce Jr. #690391

Charles Ricky Choyce Jr. #690391
George John Beto Unit  K132B
1391 FM 3328
Tennessee Colony, Texas 75880
    New Address

Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 15 2015
Abel Acosta, Clerk

29,353-03

June 12, 2015

Attn: WR-29,353-03   653300

To Whom it may Concern:

I am sending my address change
and requesting a docket sheet of the above
case number. The below is my new address.
Thank you for your time. Please Respond.
Sincerely,
Charles Ricky Choyce Jr. #690391

Charles Ricky Choyce Jr. #690391
George John Beto Unit  K132B
1391 FM 3328
Tennessee Colony, Texas 75880
New Address